IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14-cv-318

| | |
|---|---|
| KEYBANK NATIONAL ASSOCIATION, )<br>successor by merger to KEY EQUIPMENT )<br>FINANCE, INC., )<br>)<br>        Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL W. FLOYD, )<br>)<br>        Defendant. )<br>_____)| ORDER |

**THIS MATTER** is before the Court on Patricia L. Rhame's Application for Admission to Practice *Pro Hac Vice* of Daniel C. Fleming. It appearing that Daniel C. Fleming a member in good standing with the New Jersey State Bar and will be appearing with Patricia L. Rhame, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Patricia L. Rhame's Application for Admission to Practice Pro Hac Vice (#5) of Daniel C. Fleming is **GRANTED**,

and that Daniel C. Fleming is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Patricia L. Rhame.

Signed: February 11, 2015

Dennis L. Howell
United States Magistrate Judge