IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KEYBANK NATIONAL ASSOCIATION, successor by merger to KEY EQUIPMENT FINANCE INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL W. FLOYD, <br><br> Defendant. | Civil Action No. 1:14-cv-318 <br><br> **ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANT MICHAEL W. FLOYD** |

Defendant Michael W. Floyd having been duly served with the Summons and Complaint in the above-captioned matter, and having defaulted for failure to answer, appear or otherwise move as required by the Federal Rules of Civil Procedure, and Defendant Michael W. Floyd not being an infant or incompetent person, and Plaintiff KeyBank National Association having filed a brief, affidavit of Nancy Barnes, affirmation of Daniel C. Fleming, and certificate of service in support of its motion for default judgment; and for good cause shown:

**IT IS** on this 25th day of March, 2015 **ORDERED** that default judgment is entered in favor of Plaintiff KeyBank National Association, 127 Public Square, Cleveland, Ohio 44114, and against Defendant Michael W. Floyd, 62 Tamara Court, Pisgah Forest, North Carolina 28768 in the amount of $97,866.30, plus attorneys' fees in the amount of $2,069.50 and costs in the amount of $676.00, as taxed by the Clerk of this Court, for a total judgment of $100,611.80, and

**IT IS FURTHER ORDERED** that a copy of this Order be served upon Defendant Michael W. Floyd within seven (7) days of receipt.

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court